**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Twin City Pipe Trades Service Association, Inc. | Case No.: 10cv4024 (SRN/SER) |
| Plaintiff, | |
| v. | ORDER ON REPORT & RECOMMENDATION |
| Kleve Heating & A/C, Inc., | |
| Defendant. | |

---

The above-captioned case comes before the undersigned on the Report and Recommendation of United States Magistrate Judge Steven E. Rau. No objections to the Report and Recommendation were filed within the requisite time period. Accordingly, IT IS HEREBY ORDERED that:

1. This action is **DISMISSED WITHOUT PREJUDICE**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: October 4, 2011

> s/Susan Richard Nelson
> Susan Richard Nelson
> United States District Judge